UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES EARL EVANS,<br><br>                      Plaintiff,<br><br>-against-<br><br>ORANGE COUNTY DENTIAL DEPT.; JON DOE (DENTAL DOCTOR),<br><br>                     Defendants. | 22-CV-9768 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the February 27, 2023, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  February 27, 2023
           New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge